Tracy Collins, SBN 144307
Law Offices of Tracy Collins
5699 Kanan Road, Suite 415
Agoura Hills, CA 91301
Phone: (818) 889-2441
Fax: (818) 889-1210
tracy@tracycollins.com

**CLOSED**

Attorney for Plaintiff Linda Paolone

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LINDA PAOLONE, | NO. CV- 08- 8443 GW |
| Plaintiff, | JUDGMENT |
| -vs- | |
| AETNA LIFE INSURANCE COMPANY, INSIGHT HEALTH SERVICES CORPORATION LONG TERM DISABILITY PLAN, | |
| Defendants. | |

In accordance with the Court's Statement of Decision As Per Bench Trial Re ERISA Disability Benefits Determination dated May 24, 2010, it is hereby ORDERED that Plaintiff Linda Paolone shall have judgment against Defendants Aetna Life Insurance Company and the Insight Health Services Corporation Long Term Disability Plan, collectively ("Defendants").

Defendants shall pay to Plaintiff long term disability benefits in accordance with the terms of the Malcolm Pirnie Welfare Benefit Plan ("Plan") from July 1, 2008 forward and shall reinstate Plaintiff's claim and continue to pay such benefits so long as Plaintiff remains disabled pursuant to the terms of the relevant Plan.

Plaintiff is further awarded costs of suit and may apply to the Court for an award of pre-judgment interest and attorney's fees.

Dated: June 1, 2010

GEORGE H. WU
U.S. DISTRICT COURT JUDGE